FILED  
United States Court of Appeals  
Tenth Circuit

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

February 28, 2023

Christopher M. Wolpert  
Clerk of Court

---

UNIVERSITAS EDUCATION, LLC,

    Petitioner/Judgment Creditor - Appellee,

v.

AVON CAPITAL, LLC,

    Respondent/Judgment Debtor,

ASSET SERVICING GROUP, LLC,

    Respondent/Garnishee,

and

SDM HOLDINGS, LLC,

    Respondent/Garnishee - Appellant,

------------------------------

AVON CAPITAL, LLC, a Wyoming limited liability company,

    Intervenor.

No. 22-6038  
(D.C. No. 5:14-FJ-00005-HE)  
(W.D. Okla.)

---

**ORDER**

---

Before **BACHARACH**, **PHILLIPS**, and **MORITZ**, Circuit Judges.

---

This matter is before the court on: (1) Appellee Universitas Education, LLC's motion for attorneys' fees; and (2) Attorney Sandberg's response in opposition thereto.

Appellee moves for an award of its attorneys' fees expended in defending this appeal pursuant to Fed. R. App. P. 38 and 10th Cir. R. 39.2. The court may award attorneys' fees and double costs pursuant to Fed. R. App. P. 38 if an appeal is frivolous. Such an award is appropriate only if the court determines that the appeal was brought for purposes of delay, or the result was obvious, or the appellant's arguments of error are wholly without merit. *Braley v. Campbell,* 832 F.2d 1504, 1510 (10th Cir. 1987). The court finds that this appeal was frivolous and the criteria for the assessment of costs and attorneys' fees under Rule 38 have been met. Accordingly, the motion is granted.

While we grant Appellee's request for attorneys' fees, we remand to the United States District Court for the Western District of Oklahoma to determine the amount of fees that were reasonably and necessarily incurred. *Hoyt v. Robson Co., Inc.*, 11 F.3d 983, 985 (10th Cir. 1993). The district court may, in its discretion, conduct any and all further proceedings it deems necessary and appropriate on the issue of appeal-related attorneys' fees.

A copy of this order shall stand as a supplement to the mandate that was issued on February 7, 2023.

                                              Entered for the Court
                                              CHRISTOPHER M. WOLPERT, Clerk

                                              By: Candice Manyak
                                                  Counsel to the Clerk