UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

February 28, 2023

Carmelita Reeder Shinn
United States District Court for the Western District of Oklahoma
Office of the Clerk
200 NW 4th Street
Oklahoma City, OK 73102

**RE:** 22-6038, Universitas Education v. Avon Capital, et al
Dist/Ag docket: 5:14-FJ-00005-HE

Dear Clerk:

Please be advised that a supplemental mandate for this case issued today. It supplements the previously-issued mandate of this court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc: Joshua Clark Greenhaw
Joseph L. Manson III
Alan L. Rupe
Jeffrey R. Sandberg
Francis Schneider

CMW/sls